THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROCHESTER TELEPHONE CORPORATION, Respondent, against WILLIAM H. WOODWORTH, as Assessor of the City of Rochester, Respondent, and CLARENCE A. SMITH, as Director of Finance and Manager of the County of Monroe, et al., Appellants.— Order affirmed, with $10 costs and disbursements. All concur. (The order grants a motion to dismiss the petition and writ of certiorari as to defendant Woodworth as Assessor of the City of Rochester, but specifying that it does not dismiss as to him as assessor *de facto* for Monroe County.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ. [183 Misc. 782.] [See 270 App. Div. 874.]

PITTSFORD LAND COMPANY, INC., Appellant, v. ERNEST F. JENKINS, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses plaintiff's complaint in an action for a declaratory judgment.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

In the Matter of the Estate of CHARLOTTE BROWN, Deceased. ALLSTON T. LAFFERTY, as Administrator of the Estate of CHARLOTTE BROWN, Deceased, Appellant; SIBYL HILL, Respondent.—Decree reversed on the law and facts and a new hearing granted, without costs of this appeal to any party. All concur, except Taylor, P. J., and Larkin, J., who dissent and vote for affirmance. (The decree adjudges that the personal property in question does not belong to the estate of decedent, and dismisses the proceeding.) Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ.

In the Matter of the Accounting of GLADYS J. HERBRAND, as Administratrix C. T. A. of the Estate of HUGH A. TAYLOR, Deceased, Respondent. REGINA W. TAYLOR, Appellant.— Decree so far as appealed from affirmed, without costs of this appeal to either party. All concur. (The portion of the decree appealed from judicially settles the accounts of an administratrix.) Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ.